**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DEDRA DE LA ROSA,

                Plaintiff,                      **ORDER**

        -against-                      **22-cv-8989 (JPO) (JW)**

GUNTHER BLDG 1873 CORPORATION, *et al.*,

                Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

        The Court is in receipt of Plaintiff's letter at Dkt. No. 30 opposing Defendants' request to compel HIPAA information from Plaintiff. Defendants' request to compel HIPAA information at Dkt. No. 28 is DENIED without prejudice. Parties are directed to meet and confer on the request in accordance with this Court's Individual Practices. If the Parties are unable to resolve the issue, the Defendants may submit a renewed letter motion for conference.

        SO ORDERED.

DATED:    New York, New York
               July 27, 2023

                                                                  JENNIFER E. WILLIS
                                                                United States Magistrate Judge