UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DEDRA DE LA ROSA,

                Plaintiff,

-against-

GUNTHER BLDG 1873 CORPORATION, *et al.*,

                Defendant.
----------------------------------------------------------------X

**ORDER**

**22-cv-8989 (JPO) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of the letter of Dkt. No. 40 requesting additional time for discovery. The Parties are directed to meet and confer and file a revised proposed case management plan by **December 29, 2023**, noting any disagreement among the Parties.

SO ORDERED.

DATED:    New York, New York
               December 20, 2023

_____
JENNIFER E. WILLIS
United States Magistrate Judge