**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DEDRA DE LA ROSA,

                        Plaintiff,           **ORDER**

           -against-                    **22-cv-8989 (JPO) (JW)**

GUNTHER BLDG 1873 CORPORATION, *et al.*,

                        Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This Court issued an order directing the Parties to meet and confer and file a revised proposed case management plan by December 29, 2023, noting any disagreement among the Parties. Dkt. No. 43. No such plan was filed. The Parties are directed to comply with this Court's prior order and submit a proposed case management plan by **January 5, 2024**.

      SO ORDERED.

DATED:    New York, New York
                January 2, 2024

                                                        */s/ Jennifer E. Willis*
                                                        JENNIFER E. WILLIS
                                                        United States Magistrate Judge