UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

DEDRA DE LA ROSA,

**CASE NO. 1:22-CV-08989**

Plaintiff,

v.

GUNTHER BLDG 1873 CORPORATION AND IM NYC
BROOME LLC,

**STIPULATION OF
VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P.
41(a)(1)(A)(ii)**

Defendants.

------------------------------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule

41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or could have been

asserted in the above-captioned action are hereby voluntarily dismissed with prejudice and

without costs, fees, or expenses.


Dated: October 1, 2025
       New York, New York


**HANSKI PARTNERS LLC**

By: _____
Adam S. Hanski, Esq.
*Attorneys for Plaintiff*
85 Delancey Street
New York, New York 10002
ash@disabilityrightsny.com


**ABRAMS GARFINKEL MARGOLIS
BERGSON, LLP**

By _____
Barry G. Margolis, Esq.
*Attorneys for Defendant Gunther Bldg 1873
Corporation*
1430 Broadway, 8th Floor
New York, NY 10018
bmargolis@agmblaw.com


**BOYD RICHARDS PARKER &
COLONNELLI, P.L.**

By: _____
Emil A. Samman, Esq.
*Attorneys for Defendant IM NYC Broome LLC*
IM NYC Broome LLC
600 Third Avenue, Suite 2800
New York, New York 10016-1906
esamman@boydlawgroup.com


So ordered.
Dated: October 16, 2025


_____
J. PAUL OETKEN
United States District Judge